No. 479. PUBLIC SERVICE COMMISSION (STATE DIVISION OF THE DEPARTMENT OF PUBLIC SERVICE OF NEW YORK) ET AL. *v.* UNITED STATES ET AL.

November 13, 1944. *Per Curiam:* On remand of the case of *City of Yonkers* v. *United States,* 320 U. S. 685, to the Interstate Commerce Commission for further findings, the Commission reopened the case, took further evidence, and made additional findings. Upon examination of the case now here on appeal we conclude that those findings are sufficient to support the order, and the evidence is sufficient to support the findings. The judgment is affirmed. *Messrs. John J. Broderick, Philip Halpern,* and *Horace M. Gray* for appellants.

No. —. EX PARTE WILLIAM DAINARD; and
No. —. EX PARTE DORSEY McMAHAN. November 13, 1944. The motions for leave to file petitions for writs of mandamus are denied.

No. —. EX PARTE LOUIS MOSKOVITZ;
No. —. EX PARTE WILLIAM H. ALEXANDER; and
No. —. EX PARTE JESSE BOWE. November 13, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.